1  Cody Molica
2  2342A Telegraph Ave.
   Oakland, Ca 94612
3  Plaintiff in Pro Se

RECEIVED
2010 DEC 10 P 2: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CODY MOLICA,

    Plaintiff,

vs.

ER SOLUTIONS INC.,

    Defendant

Case No.: C 10-04933 MEJ

~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, it is so ORDERED that Plaintiff in Pro Se, Cody Molica is granted leave to file electronically with the Court.

Date: December 13, 2010



GRANTED
Judge Maria-Elena James