1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA, an individual; ) | CASE NO.  3:10-cv-04933-MEJ |
| ) | |
| Plaintiff, ) | *Honorable Maria-Elena James* |
| ) | |
| vs. ) | [~~PROPOSED~~] **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ER SOLUTIONS, INC.; ) | |
| Defendant. ) | |

TO THIS HONORABLE COURT:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No.: 3:10-cv-04933-MEJ

1   The parties herein, acting by and through their respective counsel, hereby STIPULATE
2   that the above-entitled action and each and every portion thereof has been fully resolved and
3   should be dismissed with prejudice and without award of costs or fees to any party.
4   Pursuant to United States District Court, Northern District of California, General Order
5   45, Section X, Subparagraph (B), the undersigned counsel for Gordon & Rees LLP hereby attests
6   that concurrence in the filing of this document has been obtained from plaintiff *in pro per* Cody
7   Molica.  Gordon & Rees LLP shall maintain records to support this concurrence for subsequent
8   production for the Court if so ordered or for inspection upon request by a party until one year
9   after final resolution of the action.
10  IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 1, 2011

GORDON & REES LLP

By:  /s/ *Cynthia Tsai*
Craig J. Mariam (SBN:  225280)
Cynthia Tsai (SBN:  265151)
Attorneys for defendant
ER Solutions, Inc.

**ORDER**

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation, ORDER that the above-entitled action and each and every portion thereof be, and the same hereby is, DISMISSED WITH PREJUDICE, each party to bear own costs and fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this ____ day of __April 5_____, 2011.

_____
Honorable Magistrate Judge Maria Elena-James
U.S. DISTRICT JUDGE